IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANIS STACY | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. |
| LSI CORPORATION | : | 10-04693 |
| | : | |

**O R D E R**

**AND NOW**, this **2nd** day of **May 2011**, it is hereby **ORDERED** that Defendant's Motion to Dismiss (doc. no. 6) filed on November 15, 2010 is **DENIED**.[1]

It is further **ORDERED** that Defendant's Motion for Summary Judgment (doc. no. 6) is **DENIED** without prejudice under Federal Rule of Civil Procedure 56(d).

It is further **ORDERED** that:

1.  All attorneys appearing before Judge Robreno must be registered on ECF.  All official filings submitted to the Clerk of Court must be filed directly by the attorney on to ECF. All orders, opinions, and other docket entries generated from chambers will likewise be filed directly on to ECF.  Notice of these chamber entries will be communicated to counsel either by ECF or ordinary mail.

2.  All parties shall complete their initial

---

[1] Defendant's Motion is denied for the reasons stated on the record.

disclosures pursuant to § 4:01 of the Civil Justice Expense and Delay Reduction Plan by **May 12, 2011;**

    3.    Any motions for leave to amend the pleadings and any motions for leave to join other parties shall be filed by **May 12, 2011;**[2]

    4.    Pursuant to Federal Rule of Civil Procedure 26(a)(2), experts' identities and their reports (including any curricula vitae) shall be disclosed by **October 28, 2011;**

    5.    All discovery shall be completed by **October 28, 2011;**

    6.    Any motions for summary judgment shall be filed by **November 28, 2011.** Responses to any motions for summary judgment shall be filed by **December 13, 2011.** Replies to any responses to motions for summary judgment shall be filed by **December 28, 2011.**

    7.    In the event a motion for summary judgment is filed, pre-trial deadlines set forth in the following paragraphs are suspended until further order of the Court.

    8.    Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury

---

[2] All requests for action by the Court shall be by motion, see Fed. R. Civ. P. 7(b), except for routine requests, which may be by letter to the Court with copies to all parties, indicating in such a letter whether the other parties consent to the request. Reply briefs shall not be filed for motions of any nature without prior leave of Court. A copy of the proposed reply brief limited to the issues raised in the response shall be attached whenever leave is requested.

instructions,[3] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed by **November 18, 2011**;

      9.   The case shall be placed in the trial pool on **November 28, 2011**, or, if a motion for summary judgment is filed, 30 days from the disposition of the motion.  Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

      10.  If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge; and

      11.  Plaintiff's counsel shall advise the Court promptly of settlement of the case.

**AND IT IS SO ORDERED.**

                                **S/Eduardo C. Robreno**

                                **EDUARDO C. ROBRENO, J.**

---

[3]    Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.