### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANIS STACY, | : | |
| | : | |
| Plaintiff | : | **CIVIL ACTION NO.: 10-04693-ER** |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| LSI CORPORATION and | : | |
| AGERE SYSTEMS, INC, | : | |
| | : | |
| Defendants | : | |

### WITHDRAWAL OF SECOND MOTION TO COMPEL DISCOVERY

WHEREAS, Plaintiff filed a Second Motion to Compel Discovery on January 10, 2012;

WHEREAS, Defendants subsequently provided supplemental discovery responses in relation to the discovery sought in that motion, and have represented that they have now provided all responsive information and documents in Defendants' possession as to the discovery at issue in that motion;

Plaintiff hereby withdraws her Second Motion to Compel Discovery.

Respectfully submitted,

 /s/ Scott B. Goldshaw
Scott B. Goldshaw - ID. 85492
Katie R. Eyer - ID. 200756
SALMANSON GOLDSHAW, P.C.
Two Penn Center
1500 J.F.K. Blvd., Suite 1230
Philadelphia, PA  19102
*Attorneys for Plaintiff Janis Stacy*

Date:  January 24, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANIS STACY, | : | |
| | : | |
| Plaintiff | : | **CIVIL ACTION NO.: 10-04693-ER** |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| LSI CORPORATION and | : | |
| AGERE SYSTEMS, INC, | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2012, I caused a true and correct copy of the foregoing WITHDRAWAL OF SECOND MOTION TO COMPEL DISCOVERY, to be filed via the Official Court Electronic Document Filing System, and that said document is therefore available for viewing and downloading from the ECF system. By virtue of this filing, service of the Brief upon the following counsel, being Electronic Case Filing Users, is complete upon counsels' receipt of the Court's e-mail notification of the Notice of Electronic Filing:

        Robert W. Cameron
        Shannon H. Paliotta
        Jill Albrecht

        BY:   /s/ Scott B. Goldshaw
                  Scott B. Goldshaw - I.D. 85492