IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANIS STACY | : |
| | : |
| v. | : |
| | : CIVIL ACTION NO. |
| LSI CORPORATION, et al. | : 10-04693 |
| | : |

### ORDER

**AND NOW**, this **7th** day of **February 2012**, it is hereby **ORDERED** that Plaintiff's Second Motion to Compel Discovery (ECF No. 46) is **DENIED** as moot.[1]

**AND IT IS SO ORDERED.**

                                                 s/Eduardo C. Robreno
                                                 **EDUARDO C. ROBRENO, J.**

---

[1] Plaintiff's filed a withdrawal of their second motion to compel discovery on January 24, 2012. See ECF No. 54.