ＥＲ

Case 5:10-cv-04693-ER Document 61 Filed 02/21/12 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
FILED

JANIS STACY                    FEB 2 1 2012

                    MICHAEL E. KUNZ, Clerk
                    By _____ Dep. Clerk
    v.                              :
                                    :
                                    :    CIVIL ACTION NO.
LSI CORPORATION, et al.             :    10-04693
                                    :

**ORDER**

**AND NOW**, this **17th** day of **February 2012**, it is hereby
**ORDERED** that Plaintiff's First Motion to Compel Discovery (ECF
No. 41) is **GRANTED** in part as to all documents requested as to
potential comparators Mike Savo, Danielle Mackavage, Nancy Fang,
Bob Kistler and Jeffrey Stortz.

It is further **ORDERED** that Plaintiff's First Motion to
Compel Discovery is **DENIED** in part as to the requested documents
pertaining to Plaintiff's former supervisors Dave Sotak and
George Stasak.

Lastly, it is **ORDERED** that Plaintiff's motion to
compel documents related Plaintiff herself is **DENIED** as moot as
all documents appear to have been produced.

Defendants shall produce the documents in accordance with this order by **Friday, February 24, 2012.**

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.