```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JANIS STACY,                        :    CIVIL ACTION
                                    :    NO. 10-4693
        Plaintiff,                  :
                                    :
     v.                             :
                                    :
LSI CORPORATION and                 :
AGERE SYSTEMS, INC.,                :
                                    :
        Defendants.                 :
```

### O R D E R

**AND NOW**, this **12th** day of **September, 2012,** for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 51) is **GRANTED** and Plaintiff's Motion for Partial Summary Judgment (ECF No. 48) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Adverse Inference Jury Instruction (ECF No. 68) is **DENIED as moot,** the Court having granted summary judgment in favor of Defendants.

**AND IT IS SO ORDERED.**


                              s/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**